From: Jessica Siegel <REDACTED EMAIL 1>

Sent: Wednesday, August 6, 2025 9:47 PM

To: Angela Bell <REDACTED EMAIL 1>

Subject: RE: Confidential - Employee Relations Outreach

Hi Angela:

Thank you again for the answers and notes. I have some follow up questions below. After I review the additional information requested, I will finalize the confirmation letter I mentioned and send to you for review. Also, I respect that you are following your counsel's advice and understood what you provided is only a small portion, but I have an obligation to share – Cisco's Code of Business Conduct requires employees to fully cooperate with internal investigations, and ER requests that employees provide as much detail as possible about their experience so we are able to review concerns in full.

From your notes:

Erin Jurgens began inserting herself into the Renewal Plays Program, despite holding a completely different role and reporting to another manager, Joe Moran, who collaborated with my team. This decision was discussed between Joe and my manager, Lucy, who approved it.

o What actions was Erin taking to insert herself? What I am understanding from your notes - she was leading retrospective-style meetings to discuss feedback about Renewal Plays. Anything else?

▪ What were the expectations for Erin's meetings, meaning – were you expected to implement adjustments discussed or what action items (impacting Renewal Plays) resulted from those meetings?

▪ While Erin was holding these meetings, were you still responsible for day-to-day execution of Renewal Plays?

o How did you become aware that Joe and Lucy discussed Erin working on Renewal Plays + Lucy approved it?

o Do you know who originated the idea to include Erin – Erin, Joe, Lucy? I see the Webex chat where Erin proposes leading the team through a design thinking session, so want to understand if that is where the inserting began or there was action occurring prior to that point.

- I see Lucy said Erin was enlisted to help you – were there any other you/Lucy discussions re: why Erin was enlisted?