EEOC <no-reply@service.eeoc.gov>

Mon, Sep 22, 2025, 2:15 PM

to me

U.S. Equal Employment Opportunity Commission

At your request, the Equal Employment Opportunity Commission has drafted a Charge of Discrimination against Cisco for your recent inquiry, 433-2025-04606.

This document is only a draft of your charge, and EEOC will not notify Cisco of your charge until you sign and submit it. Please go to the EEOC Public Portal to review the details and particulars of your proposed charge before you sign it. (In the Portal, go to "Returning Users" to sign-in, then select "My Cases" and open Inquiry 433-2025-04606.).

If you wish to correct or revise the charge information, you may submit your recommended corrections and/or revisions to EEOC through the Public Portal. When you are ready to file the charge with EEOC, you may digitally sign and submit it through the Portal. Cisco will be notified of the charge after you file it with EEOC, as required by law.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 433-2025-04606. Please do not reply to this email.

Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact info@eeoc.gov and destroy all copies of the original message and attachments.

A petición suya, la Comisión para la Igualdad de Oportunidades en el Empleo de los Estados Unidos preparó una Queja/Querella de Discriminación contra Cisco por su reciente solicitud, 433-2025-04606.

Este documento es sólo una versión de su queja/querella, y la EEOC no notificará a Cisco de su queja/querella hasta después que usted la firme y la envíe. Por favor vaya al Portal Publico de la EEOC para revisar los detalles y particulares de su queja/querella antes de firmarla. (En el Portal Público, vaya a "Returning Users" para iniciar sesión, luego seleccione "My Cases" y abra la Solicitud 433-2025-04606).

Si desea corregir o revisar la información en la queja/querella, puede enviar las correcciones y/o revisiones recomendadas a la EEOC a través del Portal Público. Cuando esté listo(a) para presentar la queja/querella ante la EEOC, puede firmarla digitalmente y enviarla a través del Portal Público. Como exige la ley, Cisco será notificado (a) de la queja/querella después que la presente ante la EEOC.

Este correo electrónico es una notificación oficial de la Comisión para la Igualdad de Oportunidades en el Empleo (EEOC, por sus siglas en inglés) con respecto a la solicitud de la EEOC 433-2025-04606. Por favor, no responda a este correo electrónico.

Aviso de confidencialidad: La información contenida en esta transmisión puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el/la destinatario/a previsto/a, se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el/la destinatario/a previsto/a, póngase en contacto con nosotros en info@eeoc.gov y destruya todas las copias del mensaje original y los archivos adjuntos.