## Mutual Agreement To Arbitrate

I understand that Cisco Systems, Inc., its subsidiaries and affiliates, and Cisco Systems Capital Corp. (collectively, "the Company") value their relationship with employees and hope to avoid potential disputes with employees, though I also understand that disputes may arise on occasion. By entering into this Mutual Agreement to Arbitrate ("Agreement"), the Company and I agree that arbitration will allow us to both gain the benefits of an efficient, impartial, final and binding dispute-resolution procedure.

**Claims Covered By This Agreement.** The Company and I agree to resolve exclusively through binding arbitration all claims, disputes, or controversies ("claims"), past, present or future, whether or not arising out of my employment (or its termination), that the Company may have against me or that I may have against any of the following: (1) the Company, (2) its officers, directors, employees or agents, (3) the Company's parent, subsidiary and affiliated entities, (4) the Company's benefit plans or the plans' sponsors, fiduciaries, administrators, affiliates and agents (except where the plans expressly preclude arbitration), or (5) all successors and assigns of any of them. Examples of claims that we both agree to submit to arbitration include claims of discrimination, harassment, retaliation, wrongful termination, unpaid wages, breach of contract, defamation, and all other claims related to the employment relationship (or its termination), regardless of whether the claim is brought by me or the Company. The Arbitrator's decision shall be final and binding upon the parties and subject to review only as provided by Applicable Law (defined below).

**Claims Not Covered By This Agreement.** This Agreement does not (1) prohibit the filing or pursuit of relief through a court action by me or the Company for any provisional remedy, including a temporary restraining order or preliminary injunction when available by law, before the filing of or during arbitration, (2) cover claims which, under applicable law (after application of Federal Arbitration Act preemption principles), are not subject to or are excluded from arbitration, or (3) restrict my right to file, and recover through, administrative claims with any government agency, or (4) cover claims now pending in litigation in any forum, or (5) apply to a representative claim under California's Private Attorneys General Act or other state law authorizing me to bring a representative action for civil penalties on behalf of the state ("private attorney general claim"). A private attorney general claim must be litigated in a court of competent jurisdiction and not in arbitration.

**Waiver of Class and Collective Action.** Through this Agreement, I waive any right to bring, participate in, or recover through any class or collective action.

**Arbitration Procedure.** The arbitration will be administered by JAMS in accordance with the JAMS Employment Arbitration Rules & Procedures (and no other rules), which are currently available at http://www.jamsadr.com/rules-employment-arbitration; however to the extent any part of this Agreement is inconsistent with the JAMS Rules, this Agreement controls. Notwithstanding any provision of the JAMS Rules, any dispute over the formation, enforceability, validity, or severability of any provision of this Agreement shall be resolved by a court of competent jurisdiction. The Arbitrator shall be a retired judge (the "Arbitrator"), selected jointly by me and the Company and in accordance with the JAMS Rules. The arbitration shall take place in the location of my choice, either: (a) the JAMS office closest to where I live, or (b) the JAMS office closest to the Company office where I work or last worked. If JAMS does not have an office close to where I live or the Company office where I work or last worked, then the arbitration will be administered by a retired judge of the American Arbitration Association, using the JAMS Rules.

**Discovery.** In accordance with the JAMS Rules, the Company and I will jointly agree on the extent and timeframe of discovery, including the exchange of documents and information and the number, time, location and duration of depositions. Any discovery disagreements will be determined by the Arbitrator.

**Confidentiality.** Notwithstanding Rule 26 of the Jams Rules, the arbitration will be kept confidential only with my agreement, and I understand that I will not be required to maintain the confidentiality of the arbitration proceeding or award. However, the Arbitrator may issue orders to protect the confidentiality of the Company's proprietary information, trade secrets or other sensitive information.



**Applicable Law.** The Federal Arbitration Act shall govern the interpretation and enforcement of this Agreement. If the Federal Arbitration Act is inapplicable for any reason, then the arbitration law of the State in which I work or last worked for the Company shall apply. For claims subject to arbitration, the Arbitrator will apply the substantive

Management Fee pursuant to the JAMS Employment Arbitration Rules & Procedures, and that the balance of administrative fees and costs unique to arbitration shall be allocated as provided in the JAMS Rules and under Applicable Law.

**Entire Agreement, Modification, and Severability.** This is the complete Agreement between the parties on the subject of arbitration. No party is relying on any representations except as specifically set forth in this Agreement. If any provision of this Agreement is held to be void or unenforceable, that shall not affect the validity of the remainder of the Agreement, and all other provisions shall remain in full force and effect. I acknowledge that I have carefully read this Agreement, that I understand its terms, and that I have entered into the Agreement voluntarily and not in reliance on any promises or representations other than those contained in this Agreement itself.

If any provision of this Agreement is held to be void or unenforceable, that shall not affect the validity of the remainder of the Agreement, and all other provisions shall remain in full force and effect. I acknowledge that I have carefully read this Agreement, that I understand its terms, and that I have not entered into the Agreement in reliance on any promises or representations other than those contained in this Agreement itself.

**I understand that both the Company and I are giving up the right to a court or jury trial for claims covered by this Agreement.**

I further acknowledge that I have been given the opportunity to discuss this Agreement with my own private legal counsel at my expense and have availed myself of that opportunity to the extent I wish to do so. This Agreement shall become binding on the Company, without need for its signature, once I electronically or physically sign the Agreement.

Your full name and date serve as your electronic signature.

**First Name:** Criselda Angela

**Last Name:** Widjaja

**Accepted On:** 04-Mar-2022