**JAMS ARBITRATION**

| | |
|---|---|
| CRISELDA ANGELA BELL,<br><br>Claimant,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Respondent. | REF NO. 5440009195 |

**Respondent's JAMS Rule 17 Initial Disclosures**

Respondent Cisco Systems, Inc. ("Respondent" or "Cisco"), by and through its attorneys, Littler Mendelson, P.C., pursuant to Rule 17 of the JAMS Employment Arbitration Rules & Procedures (the "JAMS Rules"), and the Arbitrator's Report of Preliminary Hearing and Scheduling Order No. 1 (the "Scheduling Order"), submits the following Initial Witness Disclosures. The disclosures set forth herein constitute the best information presently available to Respondent. Respondent has not completed its investigation of the facts underlying this arbitration, nor has it completed discovery or preparation of this case for hearing. Accordingly, the disclosures are provided without waiving Respondent's right to timely supplement said witness list if and when additional names become available.

By making these disclosures, Respondent does not represent that it is identifying every witness possibly relevant to this arbitration, nor does it waive any right to object on the basis of any privilege, relevancy, or any other valid objection. Rather, Respondent made a good faith effort to identify witnesses subject to the disclosure requirements of Rule 17 and the Scheduling Order.

Respondent reserves the right to rely upon at the hearing all witnesses (a) identified by Claimant in her initial disclosures; (b) identified in any deposition taken in this case; (c) identified

in any document or discovery response exchanged in this case; and (d) otherwise uncovered through discovery.

Paragraph 10 of the Scheduling Order provides: (a) [t]he parties shall exchange a list of all fact and expert witnesses no later than fifteen (15) [days] from the date of this order. The list shall include for each witness:

(i) The name, address, phone number, and email address of the witness;

(ii) The substance of the witness' testimony; and

(iii) A statement of whether the witness will testify in person, by sworn deposition, or by affidavit.

**RESPONSE:**

1. **Glendale Basnight**
People Consultant
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Basnight is a People Consultant for the Global Renewal and Growth Organization. Ms. Basnight may testify regarding Claimant's request for a leave of absence and accommodation during Claimant's pregnancy, Claimant's appeal of the decision to separate Claimant's employment, to the greater impact of the 2024 reduction in force on Sara Starr's team, the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, and communications she had with Claimant. Ms. Basnight may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Ms. Basnight will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

2. **Criselda Bell (Claimant)**
Former Business Development Manager
c/o Claimant's Counsel

Claimant Criselda Bell may testify regarding the facts alleged and claims asserted in her Demand, her employment with Respondent, and her claims for damages and efforts to mitigate the same.

In accordance with the Scheduling Order, Claimant will testify in person (virtually) and by sworn deposition.

3. **Emma Carpenter**
Senior Vice President, Recurring Revenue Acceleration
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Carpenter was involved in the decision to implement the reduction in force in 2024 and include Claimant in the employee selection for employment termination. Ms. Carpenter may testify regarding the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, and communications she had with Claimant. Ms. Carpenter may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Ms. Carpenter will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

4. **David Greer**

Financial Sales Specialist
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Mr. Greer was involved in the decision to implement the reduction in force in 2024 and include Claimant in the employee selection for employment termination. Mr. Greer may testify regarding the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, and communications he had with Claimant. Mr. Greer may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Mr. Greer will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

5. **Samira Haddad**
Employee Relations Consultant
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Haddad is an Employee Relations Consultant who was assigned to assist with Claimant's request for a medical leave of absence in 2024. Ms. Haddad may testify regarding the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, her investigation into Ms. Bell's complaint, and communications she had with Claimant. Ms. Haddad may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Ms. Haddad will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

6. **Erin Jurgins**
Business Development Manager
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Jurgins was Ms. Bell's former coworker within the Customer Experience (CX) Global Rewards and Growth organization and worked with Claimant on the Renewal Plays Program. Ms. Jurgins may testify regarding the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, including but not limited to Claimant's allegations that Ms. Jurgins began inserting herself into the Renewal Plays Program and assuming some of Claimant's job duties, Claimant's employment with Respondent, and communications she had with Claimant. Ms. Jurgins may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Ms. Jurgins will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

7. **Cassie Long**
Leader, People Consulting
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Long's team is alerted when a RIF-impacted employee returns from a leave of absence, and revises all such employees' termination timeline accordingly per Respondent's standardized process, including sending the Docusign link for the separation agreement on the revised, scheduled last day of employment. Ms. Long may testify regarding the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, and communications she had with Claimant. Ms. Long may be contacted through Respondent's counsel. Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

In accordance with the Scheduling Order, it is anticipated Ms. Long will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

**8. Lucy Shepherd**
Leader, Business Development (terminated)
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Shepherd was Claimant's manager during her final active employment with Cisco. Ms. Shepherd was also laid off in connection with the reduction in force in 2024. Ms. Shepherd may testify regarding her knowledge of Claimant's fertility treatments and pregnancy, assignment of duties amongst the team, and notification of the company's decision to include Claimant in the RIF, the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, and communications she had with Claimant. Ms. Shepherd may be contacted through Respondent's counsel. Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.


Case 5:26-cv-00555-M-RN Document 1-13 Filed 08/07/26 Page 6 of 12

In accordance with the Scheduling Order, it is anticipated Ms. Shepherd will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

**9. Jessica Siegel**
Employee Relations Consultant
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Siegel is an Employee Relations Consultant who was assigned to investigate Claimant's appeal of the Company's decision to separate Claimant from employment as part of the reduction in force in 2024. Ms. Siegel may testify regarding the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, her investigation into Ms. Bell's complaint, and communications she had with Claimant. Ms. Siegel may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Ms. Siegel will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

**10. Ree Singh**
Program Manager (terminated)
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Singh was Ms. Bell's former coworker within the Customer Experience (CX) Global Rewards and Growth organization and worked with Claimant on the Renewal Plays Program. Ms.

Singh may testify regarding the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, including but not limited to Claimant's allegations that Ms. Singh began assuming some of Claimant's job duties following Claimant's disclosure of her pregnancy, Claimant's employment with Respondent, and communications she had with Claimant. Ms. Singh may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Ms. Singh will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

**11. Jackie Sobel**
Senior Director, Strategy & Planning
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Sobel is John Streumpf's Chief of Staff and has knowledge of the 2024 reduction in force. Ms. Sobel may testify regarding the 2024 reduction in force, the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, and communications she had with Claimant. Ms. Sobel may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Ms. Sobel will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

**12. Sara Starr**
Senior Director CX and SW GTM (terminated)
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950

Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Starr was Claimant's second-level manager during her final active employment with Cisco. Ms. Starr was also laid off in connection with the reduction in force in 2024. Ms. Starr may testify regarding knowledge of the impact the RIF had on her team and the company's decision to include Claimant in the RIF, the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, and communications she had with Claimant. Ms. Starr may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated Ms. Starr will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

**13. John Struempf**
Vice President, Recurring Revenue Acceleration
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Mr. Struempf was involved in the decision to implement the reduction in force in 2024 and include Claimant in the employee selection for employment termination. Mr. Struempf may testify regarding the 2024 reduction in force, Claimant's selection for employment termination in connection with the 2024 reduction in force, the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, and the decision for the restructure which impacted Claimant's position. Mr. Struempf may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Mr. Struempf will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

**14.** **Carrie Woodard**
Employee Relations Consultant
c/o Littler Mendelson, P.C.
620 South Tryon Street
Suite 950
Charlotte, NC 28202
ktabor@littler.com
kewalker@littler.com

Ms. Woodard is an Employee Relations Consultant who opened up an Employee Relations case on behalf of Claimant regarding noted mental health concerns related to pregnancy and inclusion in the 2024 reduction in force. Ms. Woodard may testify regarding Claimant's Employee Relations case, the facts underlying Respondent's defenses, the inaccuracy of Claimant's claims, Claimant's employment with Respondent, her investigation into Ms. Bell's complaint, and communications she had with Claimant. Ms. Woodard may be contacted through Respondent's counsel.

In accordance with the Scheduling Order, it is anticipated that Ms. Woodard will testify in person (virtually). Respondent reserves the right to change the form of testimony this witness will provide as discovery and preparation of this case for hearing progresses.

15. Any individual identified in Claimant's Rule 17 disclosures and/or supplemented disclosures and not objected to by Respondent.

16. Any rebuttal or impeachment witnesses, whose identities are currently unknown but may become known in the discovery process.

17. Individuals identified in discovery responses or depositions.

18. Any other witnesses, whose identities are currently unknown but may become known in the discovery process.

Respondent reserves the right to call witnesses to lay foundation for authenticity and admissibility of its records and documentary evidence, as necessary.

Respondent further reserves the right to supplement and/or amend these Initial Disclosures as additional witnesses become available.

Dated: April 16, 2026

*/s/ Kellie A. Tabor*

Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
KeWalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Respondent*



Case 5:26-cv-00555-M-RN Document 1-13 Filed 08/07/26 Page 11 of 12

**CERTIFICATE OF SERVICE**

This is to certify that on April 16, 2026, a copy of the foregoing was served via e-mail on the following:

Amina M. Mack
The Mack Law Firm, PLLC
4242 Six Forks Road, Ste. 1550
Raleigh, NC 27609
legal@themacklaw.com

*Attorney for Claimant*

*/s/ Kellie A. Tabor*
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
KeWalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Respondent*