Dec 2025- Feb 2026 Renewal Plays Job Postings

2:08
◂ Safari

Cisco

## Renewals Manager - Public Sector - Splunk (Remote)

McLean, VA · 1 month ago · 66 people clicked apply
Promoted by hirer · Responses managed off LinkedIn

✓ $91.2K/yr - $163.3K/yr | ✓ Remote | ✓ Full-time

No longer accepting applications

### Use AI to assess how you fit

Get AI-powered advice on this job and more exclusive features with Premium. Reactivate Premium

Show match details | Help me stand out

### People you can reach out to

Nicole P. and others in your network

### About the job

The application window is expected to close on: 02/13/2026

**Job posting may be removed earlier if the position is filled or if a sufficient number of applications are received.**

**This role can be performed from any location within the United States.**

Renewals Manager (RM) is a quota carrying role that collaborates with Cisco sales teams and partners on the renewal of recurring offers for a defined set of accounts. RMs work collaboratively to

## About the job

The application window is expected to close on: 02/13/2026

**Job posting may be removed earlier if the position is filled or if a sufficient number of applications are received.**

**This role can be performed from any location within the United States.**

Renewals Manager (RM) is a quota carrying role that collaborates with Cisco sales teams and partners on the renewal of recurring offers for a defined set of accounts. RMs work collaboratively to develop a comprehensive view of customer renewal requirements and objectives to define a strategy for on-time renewals. RMs possess solid understanding of negotiation strategies and orchestrate cross-functional resources to secure every renewal, minimizing risk and annual recurring revenue (ARR) attrition.

**What You'll Do**

- Aligned to accounts and territories based on ATR (Available to Renew) thresholds; Digital and partner go to market motion in commercial and long tail market segments.
- Assumes responsibility for renewing end customer agreements for Cisco's recurring offer portfolio including software subscriptions and support services while increasing retention and expansion of ARR.
- Leads the end customer renewals sales process and engagement in collaboration with the Cisco and (where applicable) channel partner account team from opportunity identification to close.
- Validates the customer installed base, contractual model, purchasing structure and channels and adoption status by using account team knowledge, Renewal Specialist capabilities, supporting functions and data insights available to evaluate resulting renewal strategies and risks.
- Maximises Renewal Plays to support revenue retention, offer migration, contract co-termination/consolidation and development of expansions opportunities for joint pursuit with account manager, specialist sales teams and channel partner.

engagement in collaboration with the Cisco and (where applicable) channel partner account team from opportunity identification to close.

- Validates the customer installed base, contractual model, purchasing structure and channels and adoption status by using account team knowledge, Renewal Specialist capabilities, supporting functions and data insights available to evaluate resulting renewal strategies and risks.
- Maximises Renewal Plays to support revenue retention, offer migration, contract co-termination/consolidation and development of expansions opportunities for joint pursuit with account manager, specialist sales teams and channel partner.
- Develops the renewal strategy, accompanying value and commercial proposition based on the customer's specific T-Minus renewal timeline.
- Leads the management and forecasting of Renewals opportunities and any related attrition, advising the account team in the overall negotiation to ensure integrity of the renewal portion of any (larger) agreement.
- Works with end customer decision makers and all parties involved to ensure an on-time renewal is supported by timely commercial and contractual agreement, quote availability and ordering arrangements.
- Impacts own team and sales or account teams whose work activities are closely related to the renewals motion of the account or region that they are aligned to.
- May recommend improvements to existing renewals processes and solutions to improve the customer renewals cycle.
- Typically focused in Mid-size to Major accounts (may vary by region and country).
- Meet booking target and achieve quarterly strategic goals by increase OTRR, Grow ARR, Reduce customer attrition, Optimize and simplify renewals experience
- Has assigned set of territories or accounts.
- Relies on manager for guidance on daily work activities and problem solving.

**Minimum Qualifications**

- 2+ years of related experience

2:09
◂ Safari

X •••

Cisco

# Renewals Manager - Public Sector - Splunk (Remote)

Richardson, TX · 1 month ago · 41 people clicked apply
Promoted by hirer · Responses managed off LinkedIn

✓ $91.2K/yr - $163.3K/yr | ✓ Remote | ✓ Full-time

No longer accepting applications

## Use AI to assess how you fit

Get AI-powered advice on this job and more exclusive features with Premium. Reactivate Premium

✦ Show match details | ✦ Help me stand out

## People you can reach out to

Nicole P. and others in your network

## About the job

The application window is expected to close on: 01/20/2026

**Job posting may be removed earlier if the position is filled or if a sufficient number of applications are received.**

**This role can be performed from any location within the**...more

## Benefits found in job post

401(k), Vision insurance, Disability insurance

2:09
◀ Safari

Renewals Manager - Public Sector - Splunk...
Cisco • Richardson, TX (Remote)

## About the job

The application window is expected to close on: 01/20/2026

**Job posting may be removed earlier if the position is filled or if a sufficient number of applications are received.**

**This role can be performed from any location within the United States.**

Renewals Manager (RM) is a quota carrying role that collaborates with Cisco sales teams and partners on the renewal of recurring offers for a defined set of accounts. RMs work collaboratively to develop a comprehensive view of customer renewal requirements and objectives to define a strategy for on-time renewals. RMs possess solid understanding of negotiation strategies and orchestrate cross-functional resources to secure every renewal, minimizing risk and annual recurring revenue (ARR) attrition.

**What You'll Do**

- Aligned to accounts and territories based on ATR (Available to Renew) thresholds; Digital and partner go to market motion in commercial and long tail market segments.
- Assumes responsibility for renewing end customer agreements for Cisco's recurring offer portfolio including software subscriptions and support services while increasing retention and expansion of ARR.
- Leads the end customer renewals sales process and engagement in collaboration with the Cisco and (where applicable) channel partner account team from opportunity identification to close.
- Validates the customer installed base, contractual model, purchasing structure and channels and adoption status by using account team knowledge, Renewal Specialist capabilities, supporting functions and data insights available to evaluate resulting renewal strategies and risks.
- Maximises Renewal Plays to support revenue retention, offer migration, contract co-termination/consolidation and development of expansions opportunities for joint pursuit

- Aligned to accounts and territories based on ATR (Available to Renew) thresholds; Digital and partner go to market motion in commercial and long tail market segments.
- Assumes responsibility for renewing end customer agreements for Cisco's recurring offer portfolio including software subscriptions and support services while increasing retention and expansion of ARR.
- Leads the end customer renewals sales process and engagement in collaboration with the Cisco and (where applicable) channel partner account team from opportunity identification to close.
- Validates the customer installed base, contractual model, purchasing structure and channels and adoption status by using account team knowledge, Renewal Specialist capabilities, supporting functions and data insights available to evaluate resulting renewal strategies and risks.
- Maximises Renewal Plays to support revenue retention, offer migration, contract co-termination/consolidation and development of expansions opportunities for joint pursuit with account manager, specialist sales teams and channel partner.
- Develops the renewal strategy, accompanying value and commercial proposition based on the customer's specific T-Minus renewal timeline.
- Leads the management and forecasting of Renewals opportunities and any related attrition, advising the account team in the overall negotiation to ensure integrity of the renewal portion of any (larger) agreement.
- Works with end customer decision makers and all parties involved to ensure an on-time renewal is supported by timely commercial and contractual agreement, quote availability and ordering arrangements.
- Impacts own team and sales or account teams whose work activities are closely related to the renewals motion of the account or region that they are aligned to.
- May recommend improvements to existing renewals processes and solutions to improve the customer renewals cycle.
- Typically focused in Mid-size to Major accounts (may vary by region and country).
- Meet booking target and achieve quarterly strategic goals by increase OTRR, Grow ARR, Reduce customer attrition,

2:10
◀ Safari

X •••

Lensa

# Renewals Manager - Splunk - LATAM Territory (Remote)

Maitland, FL · 2 months ago · **4 people clicked apply**
Promoted by hirer · Responses managed off LinkedIn

✓ Remote ✓ Full-time

No longer accepting applications

## Use AI to assess how you fit

Get AI-powered advice on this job and more exclusive features with Premium. Reactivate Premium

✦ Show match details ✦ Help me stand out

## About the job

Lensa is a career site that helps job seekers find great jobs in the US. We are not a staffing firm or agency. Lensa does not hire directly for these jobs, but promotes jobs on LinkedIn on behalf of its direct clients, recruitment ad agencies, and marketing partners. Lensa partners with DirectEmployers to promote this job for Cisco. Clicking "Apply Now" or "Read more" on Lensa redirects you to the job board/employer site. Any information collected there is subject to their terms and privacy notice.

Renewals Manager (RM) is a quota carrying role that collaborates with Cisco sales teams and partners on the renewal of recurring offers for a defined set of accounts. RMs work collaboratively to develop a comprehensive view of customer renewal requirements and objectives to define a strategy for on-time renewals. RMs possess solid understanding of negotiation strategies and orchestrate cross-functional resources to secure every renewal, minimizing risk and annual recurring revenue (ARR) attrition.

2:10

◀ Safari

Renewals Manager - Splunk - LATAM Territor... •••

Lensa • Maitland, FL (Remote)

redirects you to the job board/employer site. Any information collected there is subject to their terms and privacy notice.

Renewals Manager (RM) is a quota carrying role that collaborates with Cisco sales teams and partners on the renewal of recurring offers for a defined set of accounts. RMs work collaboratively to develop a comprehensive view of customer renewal requirements and objectives to define a strategy for on-time renewals. RMs possess solid understanding of negotiation strategies and orchestrate cross-functional resources to secure every renewal, minimizing risk and annual recurring revenue (ARR) attrition.

**This role can be performed from any location within the United States.**

**What You'll Do**

- Aligned to accounts and territories based on ATR (Available to Renew) thresholds; Digital and partner go to market motion in commercial and long tail market segments.
- Assumes responsibility for renewing end customer agreements for Cisco's recurring offer portfolio including software subscriptions and support services while increasing retention and expansion of ARR.
- Leads the end customer renewals sales process and engagement in collaboration with the Cisco and (where applicable) channel partner account team from opportunity identification to close.
- Validates the customer installed base, contractual model, purchasing structure and channels and adoption status by using account team knowledge, Renewal Specialist capabilities, supporting functions and data insights available to evaluate resulting renewal strategies and risks.
- Maximises Renewal Plays to support revenue retention, offer migration, contract co-termination/consolidation and development of expansions opportunities for joint pursuit with account manager, specialist sales teams and channel partner.
- Develops the renewal strategy, accompanying value and commercial proposition based on the customer's specific T-Minus renewal timeline.