FILED

AUG 07 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MAA DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:26-CV-00555-M

CRISELDA ANGELA BELL )
)
Plaintiff(s), )
v. )
CISCO SYSTEMS, INC )
)
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

Criselda Angela Bell who is Plaintiff,
(name of party/intervenor) (plaintiff/defendant/other:__________)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

YES ○ NO ●

2. Does the party/intervenor have any parent corporations?

YES ○ NO ●

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

YES ○ NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

YES ○ NO ●

5. Is the party/intervenor a trade association?

YES ○ NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

Not applicable

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| | |
|---|---|
| ______________________ (Name of individual/entity) | ______________________ (State of citizenship) |
| ______________________ (Name of individual/entity) | ______________________ (State of citizenship) |
| ______________________ (Name of individual/entity) | ______________________ (State of citizenship) |
| ______________________ (Name of individual/entity) | ______________________ (State of citizenship) |
| ______________________ (Name of individual/entity) | ______________________ (State of citizenship) |
| ______________________ (Name of individual/entity) | ______________________ (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: ______________________

Date: August 7, 2026