**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH**

| | |
|---|---|
| CRISELDA ANGELA BELL,<br><br>Petitioner,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Respondent. | Civil Action No. 5:26-CV-00555-M<br><br>**NOTICE OF APPEARANCE** |

NOW COMES the undersigned attorney, Kellie A. Tabor, of the law firm of Littler Mendelson, P.C., and hereby enters a notice of appearance in this case on behalf of Respondent Cisco Systems, Inc.

Dated: August 19, 2026


*/s/ Kellie A. Tabor*
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com

LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

Attorneys for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 19th day of August, 2026, filed the foregoing with the Clerk of the Court using the CM/ECF system, and served via email and U.S. Mail on the following *pro se* plaintiff:

Criselda Angela Bell
criselda.monteza@gmail.com
1232 Harp Street
Raleigh NC 27604

*Pro Se Plaintiff*

*/s/ Kellie A. Tabor*
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
KeWalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

Attorneys for Respondent