**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| CRISELDA ANGELA BELL,<br><br>Petitioner,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Respondent. | Civil Action No. 5:26-CV-00555-M<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION TO VACATE ARBITRATION AWARD** |

Defendant Cisco Systems, Inc. ("Defendant" or "Cisco"), by and through its undersigned counsel and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure and Local Rule 6.1, respectfully moves the Court for an extension of time, up to and including September 18, 2026, to respond to Plaintiff Criselda Angela Bell's ("Plaintiff') Petition to Vacate Arbitration Award Pursuant to 9 U.S.C. § 10 (Dkt. 1) (the "Petition"). In support of this Motion, Defendant shows the following:

1. On August 7, 2026, Plaintiff filed her Petition with this Court. Plaintiff served a copy of the Petition and Summons on the same day. As such, Defendant's current deadline to respond to the Petition is currently August 28, 2026.

2. Defendant needs additional time to investigate the claims, allegations, and arguments asserted in the Petition and to prepare an appropriate response to same. Accordingly, Defendant respectfully requests that this Court extend Defendant's time for filing a response to the Petition, up to and including September 18, 2026.

3. Defense counsel conferred with *pro se* Plaintiff, who does not oppose the requested extension.

4. This Motion is made in good faith and not for the purposes of undue delay.

5. A proposed Order granting the requested extension of time is submitted herewith.

WHEREFORE, for the above reasons, Defendant Cisco Systems, Inc. respectfully moves this Court to extend the time in which it may respond to Plaintiff's Petition, through and including September 18, 2026.

Dated: August 19, 2026

*<u>/s/ Kellie A. Tabor</u>*

Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

Attorneys for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 19th day of August, 2026, filed the foregoing with the Clerk of the Court using the CM/ECF system, and served via email and U.S. Mail on the following *pro se* plaintiff:

Criselda Angela Bell
criselda.monteza@gmail.com
1232 Harp Street
Raleigh NC 27604

*Pro Se Plaintiff*

*/s/ Kellie A. Tabor*
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

Attorneys for Respondent