**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| CRISELDA ANGELA BELL,<br><br>Petitioner,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Respondent. | Civil Action No. 5:26-CV-00555-M<br><br>**ORDER** |

**THIS MATTER** is before the Court upon Defendant Cisco Systems, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Petition to Vacate Arbitration Award. For the reasons stated in Defendant's motion and for good cause shown, the Court will grant Defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Extension of Time is hereby **GRANTED**. Defendant shall be allowed an extension of time, up to and including September 18, 2026, to respond to the Petition to Vacate Arbitration Award.

**SO ORDERED**, this the ____ day of August, 2026.

________________________________