**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH**

| | |
|---|---|
| CRISELDA ANGELA BELL,<br><br>Petitioner,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Respondent. | Civil Action No. 5:26-CV-00555-M<br><br>**RESPONDENT'S RESPONSE IN OPPOSITION TO PETITIONER'S PETITION TO VACATE ARBITRATION AWARD PURSUANT TO 9 U.S.C. § 10** |

# EXHIBIT B

# COMMENCEMENT OF EMPLOYMENT ARBITRATION

NOTICE TO ALL PARTIES March 3, 2026

RE: **Bell, Criselda vs. CISCO**
JAMS Ref. No.: 5440009195

Dear Parties:

This confirms the commencement of this arbitration as of the date of this letter. This arbitration shall be conducted in accordance with JAMS Employment Arbitration Rules.

All arbitrations at JAMS are conducted in accordance with the attached Arbitration Administrative Policies regarding payment of fees, document retention, and limitations of liability. Due to the nature of its business and size, JAMS may have administered other matters involving the parties, lawyers, or law firms in this case. Enclosed is a summary of such cases administered within the last 5 years.

The parties are encouraged to mutually agree to an arbitrator. If the parties are unable to mutually agree to an arbitrator, then using the following list of arbitrator candidates each party may strike two name(s) and rank the remaining candidates in order of preference. The deadline for return of your strike list is close of business on **March 10, 2026. Strike lists can be submitted via JAMS Access by selecting "strike List" as the document classification when filing, or by email.** [Note: Strike lists should not be exchanged amongst the parties and selecting the strike list classification on JAMS Access prevents viewing by other parties]:

Ted E. Bandstra, retired Chief US Magistrate Judge
Hon. J. Clay Fuller (Ret.)
Hon. Myriam Lehr, (Ret.)
Hon. Beverly B. Martin (Ret.)
Hon. Jonathan Peters (Former)
Hon. Gail S. Tusan Senior Judge
Hon. Cynthia Wright Senior Judge

Résumés and rules are available on our website, www.jamsadr.com, or by contacting me.

If a party fails to respond to the list of arbitrator candidates by the deadline, that party shall be deemed agreeable to all the proposed candidates. JAMS will then confirm the appointment of the arbitrator and begin scheduling.

The Arbitrator shall bill in accordance with the attached Fee Schedule. JAMS will administer the arbitration consistent with the JAMS Policy on Employment Arbitration, Minimum Standards of Procedural Fairness. According to this Policy, the only fee an employee may be required to pay is $400 of the Filing Fee. All other costs, including the remainder of the Filing Fee, must be borne by the company. JAMS will also administer the case consistent with JAMS Cancellation/Continuance policy. Pursuant to this policy, any party who cancels or continues a hearing after the deadline to do so will be

responsible for 100% of the professional fees for the reserved and unused time unless we can fill the time with another matter.

Under appropriate circumstances, the arbitrator may award JAMS fees and expenses against any party. In California, the arbitration provision shall not require the consumer to pay the fees and costs incurred by the opposing party if the consumer does not prevail, and we will not enforce such a provision in the parties' agreement.

JAMS agreement to render services is not only with the parties, but extends to the attorney or other representative of the parties in arbitration.

If you have questions, please contact me directly at 313-209-8851. We look forward to working with you.

Sincerely,

Sarah Nevins
Arbitration Practice Manager
snevins@jamsadr.com