**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH**

| | |
|---|---|
| CRISELDA ANGELA BELL,<br><br>Petitioner,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Respondent. | Civil Action No. 5:26-CV-00555-M<br><br>**RESPONDENT'S RESPONSE IN OPPOSITION TO PETITIONER'S PETITION TO VACATE ARBITRATION AWARD PURSUANT TO 9 U.S.C. § 10** |

# EXHIBIT C

# APPOINTMENT OF ARBITRATOR

NOTICE TO ALL PARTIES March 12, 2026

Re: Bell, Criselda vs. CISCO
Reference #: 5440009195

Dear Parties:

Hon. Myriam Lehr, (Ret.) has been appointed Arbitrator in the above-referenced matter. In accordance with the JAMS Employment Arbitration Rules no party may have *ex-parte* communications with the Arbitrator. Any necessary communication with the Arbitrator must be initiated through the case manager.

The Arbitrator will bill in accordance with the enclosed Fee Schedule. The arbitration will be administered under the JAMS Policy on Employment Arbitration, Minimum Standards of Procedural Fairness. According to this Policy, the only fee a consumer employee may be required to pay is $400 of the Filing Fee. All other costs, including the remainder of the Filing Fee, must be borne by the company. JAMS will also administer the case consistent with JAMS Cancelation/Continuance policy. Pursuant to this policy, if a hearing is canceled or continued after the deadline the fees are non-refundable unless we can fill the reserved but unused time with another matter.

JAMS agreement to render services is not only with the parties, but extends to the attorney or other representative of the parties in arbitration. Under appropriate circumstances, the Arbitrator may award JAMS fees and expenses against any party.

The paying party has been billed a preliminary invoice for retainer of services to cover the expense of all pre-hearing work, such as reading, drafting of orders, and conference calls. An invoice for this retainer is attached. Payment is due upon receipt. Upon receipt of payment, a Preliminary Arbitration Management Conference Call will be scheduled with the Arbitrator.

Your new contact person for this file is Diana Tkaczuk, Case Manager to Hon. Myriam Lehr, (Ret.).

Diana Tkaczuk
600 Brickell Avenue Suite 2600
Miami, FL 33131
Phone: 786-405-0637
Email: DTkaczuk@jamsadr.com

Contact me at 313-209-8851 or snevins@jamsadr.com if you have questions.

Sincerely,

Sarah Nevins
Arbitration Practice Manager
snevins@jamsadr.com

Enclosure