**From:** JENNIFER LANE <[redacted]@eeoc.gov>
**Date:** September 19, 2025 at 11:53:46 AM EDT
**To:** criselda.monteza@gmail.com
**Subject: 433-2025-04606 Filing a timely charge of discrimination**

Criselda,

Good afternoon, we are contacting you to follow up on your claim you submitted to the U.S. Equal Employment Opportunity Commission (EEOC) **September 18, 2025.** In that claim, you reported that your employer or potential employer may have discriminated against you.

Except for the Equal Pay Act, the laws we enforce require you to file a charge of discrimination before you can file a lawsuit for unlawful discrimination.

An inquiry, like the one you submitted to us, is not a charge of discrimination.

There are strict time limits for filing a charge. For more information about the time limits, please see http://www.eeoc.gov/employees/timeliness.cfm. Based on the information you provided in your inquiry with a date of harm of **May 1, 2025,** your time to file a charge expires on or about **October 28, 2025.** Please be aware that if you file a charge, we will notify the employer you filed the charge against.

If you would like to file a charge, you may do so by completing and signing the attached form. Please do not use a typed electronic signature for the signing of these documents as we will need a handwritten signature or a digital signature. A typed electronic signature is not sufficient for legal documents processed by the Commission. The Form must be completed, properly signed, and returned to us by email at raligov@eeoc.gov or fax at (919) 856-4151 **no later than 11:59 pm on Tuesday, October 28, 2025.** (If you have already filed your charge with a state or local agency that handles charges of employment discrimination, you do not need to file another charge with us.)

*Please keep in mind that you will still need to be interviewed by one of our staff members within the next few days in order for us to prepare a formal/perfected Form 5, Charge of Discrimination.*

Your charge (Form 5A) should consist of a clear and concise statement of the facts constituting the alleged unlawful employment practice(s), including the date(s) of each negative employment action taken against you. For example: "I was denied an accommodation I needed to perform my job," "I was fired because I was pregnant", "I was laid off because of my age."

If you have questions about filing a charge, please contact CRTIU Supervisor Jennifer Lane at Phone: [redacted], email: [redacted]@eeoc.gov.

Please respond back to raligov@eeoc.gov

***Thank you,***

***Very Respectfully***

**Jennifer Lane**

Federal Supervisory Investigator, CRTIU

Raleigh Area Office

U.S. Equal Opportunity Commission

434 Fayetteville Street, Ste. 700

Raleigh, NC 27601

[redacted] Direct

919-500-7844 Raleigh Area Office

984-275-4800

919-856-4151 Fax

Email: [redacted]@eeoc.gov