IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH

| | |
|---|---|
| CRISELDA ANGELA BELL,<br><br>Petitioner,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Respondent. | Civil Action No. 5:26-CV-00555-M-RN<br><br>**JOINT MOTION TO STAY ORDER FOR DISCOVERY PLAN, RELATED DEADLINES, AND DISCOVERY PENDING RESOLUTION OF PETITIONER'S PETITION TO VACATE ARBITRATION AWARD** |

The Parties, pursuant to Local Civil Rule 7.1, respectfully move the Court to stay its September 22, 2026, Order for Discovery Plan (ECF No 10), all associated deadlines, and all discovery while Petitioner Criselda Angela Bell's ("Ms. Bell") Petition to Vacate Arbitration Award Pursuant to 9 U.S.C. § 10 ("Petition to Vacate") is pending before the Court. In support of this Motion, the Parties state as follows:

1. On August 7, 2026, Ms. Bell filed her Petition to Vacate, petitioning the Court to vacate the arbitration award entered against her. (ECF No. 1).

2. On September 18, 2026, Cisco Systems, Inc. ("Cisco") filed its Response in Opposition to the Petition to Vacate (ECF No. 9, the "Response"), seeking an Order denying Ms. Bell's Petition to Vacate and affirming the Arbitrator's award. (ECF No. 9).

3. On September 22, 2026, the Court issued an Order for Discovery Plan (the "Discovery Order") directing Ms. Bell and Cisco to engage in a Rule 26(f) conference by October 22, 2026, and to submit a Discovery Plan and serve mandatory Rule 26(a)(1) initial disclosures within fourteen (14) days of the 26(f) conference. (ECF No. 10).

4. The nature of a Petition to Vacate Arbitration Award generally does not require discovery planning, as such proceedings are ordinarily resolved on the existing arbitration record

and are intended to be summary in nature. *See Weirton Med. Ctr., Inc. v. QHR Intensive Res., LLC*, No. 5:15CV131, 2016 WL 2766650, at *9 (N.D.W. Va. May 12, 2016), *amended on other grounds*, No. 5:15CV131, 2016 WL 4435242 (N.D.W. Va. Aug. 19, 2016), and *affirmed*, 682 F. App'x 227 (4th Cir. 2017) (internal citations omitted) (finding discovery is generally "unwarranted in post-arbitration review proceedings"); *see also Wichard v. Suggs*, 95 F. Supp. 3d 935, 948 (E.D. Va. 2015) (citing *Lyeth v. Chrysler Corp.*, 929 F.2d 891, 898) (2d Cir. 1991) (noting that "discovery in post-arbitration review proceedings is typically limited, or not necessary at all, given the deference this Court owes the arbitrator's findings of fact and conclusions of law.").

5. Efficiency and judicial economy support the requested stay, as engaging in discovery planning and initial disclosures would impose unnecessary burdens on the parties. To avoid unnecessary fees, expenses, and utilizing Court resources by engaging in discovery on a Petition to Vacate that may ultimately be denied, the Parties request that the Court stay the Court's September 22, 2026, Order for Discovery Plan and all deadlines, including the deadlines to file a 26(f) Report, exchange 26(a)(1) Initial Disclosures, and any other deadlines, and specifically requests a stay of discovery, until such time as the Court issues its ruling on the Petition to Vacate.

6. The relief requested herein is sought in good faith and not for the purpose of undue delay.

7. No prejudice to either party would result, as the issues can be resolved without discovery. Both parties join in and consent to this Motion.

WHEREFORE, for the reasons set forth in this Motion and the Memorandum of Law, filed contemporaneously herewith, the Parties respectfully request that the Court stay the Court's Order for Discovery Plan, all associated deadlines, and all discovery in this matter pending the Court's ruling on the Petition to Vacate.

Respectfully submitted, this 30 day of September, 2026.


______________________________
Criselda Angela Bell
1232 Harp St.
Raleigh, NC 27604

*Petitioner Pro Se*

*/s/ Kellie A. Tabor*
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
KeWalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Respondent*

**CERTIFICATE OF SERVICE**

I hereby certify that on ~~September 30,~~ October 1 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served via email and U.S. Mail upon the following *pro se* Petitioner:


Criselda Angela Bell
criselda.monteza@gmail.com
1232 Harp Street
Raleigh NC 27604

*Petitioner Pro Se*



*/s/Kellie A. Tabor*
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
KeWalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Respondent*