**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH**

CRISELDA ANGELA BELL,

Petitioner,

v.

CISCO SYSTEMS, INC.,

Respondent.

Civil Action No. 5:26-CV-00555-M-RN

**RESPONDENT'S MOTION TO STRIKE PORTIONS OF PETITIONER'S REPLY, OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REPLY**

Respondent Cisco Systems, Inc. ("Cisco"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(f), LCvR 7.2(f)(2)(c), and the Court's inherent authority to manage its cases and counsel before it, hereby moves to strike certain portions of Petitioner Criselda Angela Bell's ("Ms. Bell") Reply in Further Support of Petition to Vacate and Opposition to Cross-Motion to Confirm. (ECF No. 11, the "Reply"). As more fully set forth in Cisco's Memorandum of Law, filed contemporaneously herewith, Ms. Bell improperly raises a new argument in the Reply that was not presented in her initial Petition to Vacate the Arbitration Award Pursuant to 9 U.S.C. § 10. (ECF No. 1). Additionally, Ms. Bell's Reply exceeds the 10-page limit set forth in LCvR 7.2(f)(2)(c) by eleven pages.

Accordingly, Cisco files this Motion asking the Court to strike: (1) the portions of the Reply that exceed the ten-page limit prescribed by LCvR 7.2(f)(2)(c); and (2) the arguments raised for the first time in the Reply. In the alternative, Cisco requests leave to file a Sur-Reply addressing the newly raised arguments.

[SIGNATURE ON FOLLOWING PAGE]

Dated: October 5, 2026

*/s/ Kellie A. Tabor*

Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorney for Respondent*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 5th day of October, 2026, filed the foregoing with the Clerk of the Court using the CM/ECF system, and served via email and U.S. Mail upon the following *pro se* petitioner:


Criselda Angela Bell
criselda.monteza@gmail.com
1232 Harp Street
Raleigh NC 27604

*Petitioner Pro Se*



*/s/ Kellie A. Tabor*
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorney for Respondent*