**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH**

| | |
|---|---|
| CRISELDA ANGELA BELL,<br><br>Petitioner,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Respondent. | Civil Action No. 5:26-CV-00555-M-RN<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION TO STRIKE PORTIONS OF PETITIONER'S REPLY, OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REPLY** |

**THIS MATTER** is before the Court upon Respondent Cisco Systems, Inc.'s ("Cisco") Motion to Strike Portions of Petitioner's Reply, or, in the Alternative, Motion for Leave to File Sur-Reply, (ECF Nos. 15-16). For the reasons stated in Respondent's motion and for good cause shown, the Court will grant Respondent's motion to strike the portions of Petitioner's Reply in Further Support of Petition to Vacate and Opposition to Cross-Motion to Confirm (ECF No. 11, the "Reply") that (a) exceed the 10-page limit set forth in LCvR 7.2(f)(1)(c) and/or exceed the 2,800 word limit in LCvR 7.2(f)(2)(c); and (b) raise a new argument not presented in Petitioner's initial Petition to Vacate the Arbitration Award Pursuant to 9 U.S.C. § 10.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Strike is hereby **GRANTED;** Respondent's alternative Motion for Leave to file Sur-Reply is **DENIED AS MOOT**. Specifically, Section III of Petitioner's Reply and the portion of Petitioner's Reply beginning on line 10 on page 11 and continuing through the signature block are stricken from the record.

**SO ORDERED**, this the ____ day of October, 2026

____________________________________